

Entered on Docket
September 15, 2009

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

George Haines, Esq.
Nevada Bar No.: 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Allan D. Maguddatu and Adela Lilibeth Ripani Maguddatu

E-FILED: September 2, 2009

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>**Allan D. Maguddatu and Adela Lilibeth Ripani Maguddatu,**<br><br>      Debtor(s). | Case No. BKS-09-20192-MKN<br>Chapter 13<br><br>Hearing Date:  August 13, 2009<br>Hearing Time:  3:30 P.M. |

### ORDER ON MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF COUNTRYWIDE HOME LOANS (ACCT ENDING IN 2813) PURSUANT TO 11 U.S.C. §506(a) AND §1322 BY DEBTORS

THE ABOVE MATTER having been heard at the time and date above the Court Finds as follows:

  1.  The Debtors' property located at 6506 WEST CAMERO AVENUE, LAS VEGAS, NEVADA, 89139 (the "Subject Property") is valued at $280,000.00.

    2.    That on the filing date of the instant Chapter 13 petition, COUNTRYWIDE HOME LOANS (ACCT ENDING IN 2813)'s claim was wholly unsecured.

**IT IS THEREFORE ORDERED THAT** COUNTRYWIDE HOME LOANS (ACCT ENDING IN 2813)'s secured claim is "Stripped off" and shall be avoided pursuant to 11 U.S.C. Section 506(a);

**IT IS FURTHER ORDERED THAT** COUNTRYWIDE HOME LOANS (ACCT ENDING IN 2813)'s secured rights and/or lien-holder rights in the Subject Property are hereby terminated and COUNTRYWIDE HOME LOANS (ACCT ENDING IN 2813)'s claim shall be treated as an "unsecured" claim in the Debtors' Chapter 13;

**IT IS FURTHER ORDERED THAT** in the event the instant Chapter 13 matter is dismissed or converted to a Chapter 7 proceeding the instant Order shall be vacated.

DATED September 2, 2009

    HAINES & KRIEGER, L.L.C.

By:    /s/George Haines, Esq.
    George Haines, Esq.
    Attorney for Debtor(s)

/./././

**ALTERNATIVE METHOD re: RULE 9021**:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND: Kathleen Leavitt and Gregory Wilde, Esq.

###